The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY BROOKS, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUXOTTICA OF AMERICA, INC. doing business as: RAY-BAN,<br><br>Defendant. | No. 2:26-cv-02429-JNW<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT AND TO SET BRIEFING SCHEDULE<br><br>NOTING DATE: July 15, 2026 |

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiff Timothy Brooks ("Plaintiff") and Luxottica of America Inc. ("Defendant" or "Luxottica") hereby stipulate and agree, subject to the Court's approval, as follows:

1. On June 9, 2026, Plaintiff filed his Complaint in the Superior Court for King County, Case No. 26-2-18682-1. Dkt. 1, Ex. B.

2. Plaintiff served the Summons and Complaint on Luxottica's registered agent on June 10, 2026. Dkt. 1, Ex. A.

3. On July 10, 2026, Luxottica removed the above-captioned case to this Court. Dkt. 1.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. Absent an extension, Luxottica's deadline to respond to the Complaint is July 17, 2026. *See* Fed. R. Civ. P. 81(c)(2)(C).

5. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein. Good cause exists to extend the deadline to respond to the Complaint to allow time for the Parties to evaluate the facts relevant to Luxottica's response to the Complaint before the Parties file substantive responses and engage in motions practice.

6. Therefore, the Parties agree and stipulate (subject to Court approval) to extend the following deadlines:

| **Event** | **Proposed Deadline** |
|---|---|
| Luxottica's Response to Complaint | August 19, 2026 |
| Plaintiff's Opposition to Luxottica's Response to Complaint, if any | September 23, 2026 |
| Luxottica's Reply in Support of Response to Complaint, if any | October 14, 2026 |

//

//

//

//

//



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

DATED this 15th day of July, 2026.

STRAUSS BORRELLI PLLC

By: *s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *Pro Hac Vice Forthcoming*
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com

***Attorneys for Plaintiff Timothy Brooks***

DAVIS WRIGHT TREMAINE LLP

By: *s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Hannah E.M. Parman, WSBA #58897
Joshua Peck, WSBA #64328
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: hannahparman@dwt.com
E-mail: joshpeck@dwt.com

***Attorneys for Defendant Luxottica of America Inc.***

**I certify that this memorandum contains 225 words, in compliance with the Local Civil Rules.*



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Defendant to respond to the Complaint through and including August 19, 2026, and enters the following briefing schedule:

| **Event** | **Proposed Deadline** |
|---|---|
| Luxottica's Response to Complaint | August 19, 2026 |
| Plaintiff's Opposition to Luxottica's Response to Complaint, if any | September 23, 2026 |
| Luxottica's Reply in Support of Response to Complaint, if any | October 14, 2026 |

IT IS SO ORDERED this 24th day of July, 2026.

Honorable Jamal N. Whitehead
United States District Judge



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

STRAUSS BORRELLI PLLC

By: *s/ Samuel J. Strauss* ___
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *Pro Hac Vice Forthcoming*
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com

***Attorneys for Plaintiff Timothy Brooks***

DAVIS WRIGHT TREMAINE LLP

By: *s/ Lauren B. Rainwater* __
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Hannah E.M. Parman, WSBA #58897
Joshua Peck, WSBA #64328
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: hannahparman@dwt.com
E-mail: joshpeck@dwt.com

***Attorneys for Luxottica of America Inc.***