The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY BROOKS, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>and<br><br>STATE OF WASHINGTON,<br><br>Proposed Plaintiff-Intervenor,<br><br>v.<br><br>LUXOTTICA OF AMERICA, INC.,<br><br>Defendant. | No. 2:26-cv-02429-JNW<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE<br><br>NOTING DATE: September 17, 2026 |

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiff Timothy Brooks ("Plaintiff"), Luxottica of America Inc. ("Defendant" or "Luxottica"), and proposed Plaintiff-Intervenor the State of Washington (the "State") stipulate and agree, subject to the Court's approval, as follows:

1. On July 10, 2026, Luxottica removed the above-captioned case to this Court. Dkt. 1.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. On August 19, 2026, Luxottica filed its Motion to Dismiss Complaint, or, in the Alternative, Stay the Case. Dkt. 15.

3. On September 1, 2026, the State filed a Stipulated Motion to Intervene in this matter. Dkt. 18.

4. On September 9, 2026, Plaintiff filed his First Amended Class Action Complaint. Dkt. 19.

5. Absent an extension, Luxottica's deadline to respond to the Amended Complaint is September 23, 2026. *See* Fed. R. Civ. P. 15(a)(3).

6. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein. Good cause exists to extend the deadline to respond to the Amended Complaint to allow time for Luxottica to evaluate the changes to Plaintiff's allegations before the Parties file substantive responses and engage in motions practice.

7. To avoid duplicative filings and unnecessary burden on Defendant and the Court, the parties agree and stipulate that, should the State's request to intervene be granted, Defendant may file a combined reply to Plaintiffs' and the State's respective briefs in opposition to the Motion to Dismiss. The parties stipulate, subject to Court approval, that Defendant will receive an expanded word limit of 6,300 total words to accommodate its need to respond to two separate briefs in a combined reply.

8. Therefore, the Parties agree and stipulate (subject to Court approval) to extend the following deadlines:

//

//



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| **Event** | **Proposed Deadline** |
| --- | --- |
| Luxottica's Response to Amended Complaint | October 14, 2026 |
| Any Opposition to Luxottica's Response to Amended Complaint by Plaintiff and/or the State | November 13, 2026 |
| Luxottica's Reply in Support of Response to Amended Complaint, if any | December 4, 2026 |



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

DATED this 17th day of September, 2026.

STRAUSS BORRELLI PLLC

By: *s/ Brittany Resch*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *Pro Hac Vice*
Brittany Resch, *Pro Hac Vice*
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com
Email: bresch@straussborrelli.com

***Attorneys for Plaintiff Timothy Brooks***

NICHOLAS W. BROWN
Attorney General

By: *s/ Ben Brysacz*
Ben Brysacz, WSBA #54683
Claire McNamara, WSBA #50097
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Tel: (206) 464-7744
E-mail: ben.brysacz@atg.wa.gov
E-mail: claire.mcnamara@atg.wa.gov

***Attorneys for Proposed Plaintiff-Intervenor the State of Washington***

DAVIS WRIGHT TREMAINE LLP

By: *s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Hannah E.M. Parman, WSBA #58897
Joshua Peck, WSBA #64328
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: hannahparman@dwt.com
E-mail: joshpeck@dwt.com

***Attorneys for Defendant Luxottica of America Inc.***

**I certify that this memorandum contains 333 words, in compliance with the Local Civil Rules.*

**ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Defendant to respond to the Amended Complaint through and including October 14, 2026, and enters the following briefing schedule:

| **Event** | **Proposed Deadline** |
|---|---|
| Luxottica's Response to Amended Complaint | October 14, 2026 |
| Any Opposition to Luxottica's Response to Amended Complaint by Plaintiff and/or the State | November 13, 2026 |
| Luxottica's Reply in Support of Response to Amended Complaint, if any | December 4, 2026 |

Furthermore, if the State's request to intervene has been granted, Defendant may file a combined reply to Plaintiffs' and the State's respective briefs in opposition to the Motion to Dismiss with an expanded word limit of 6,300 total words.

IT IS SO ORDERED this 18th day of September, 2026.

Honorable Jamal N. Whitehead
United States District Judge



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

STRAUSS BORRELLI PLLC

By: *s/ Brittany Resch* ___
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *Pro Hac Vice*
Brittany Resch, *Pro Hac Vice*
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com
E-mail: bresch@straussborrelli.com

***Attorneys for Plaintiff***
***Timothy Brooks***

DAVIS WRIGHT TREMAINE LLP

By: *s/ Lauren B. Rainwater* __
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Hannah E.M. Parman, WSBA #58897
Joshua Peck, WSBA #64328
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: hannahparman@dwt.com
E-mail: joshpeck@dwt.com

***Attorneys for Luxottica of America Inc.***

NICHOLAS W. BROWN
Attorney General

By: *s/ Ben Brysacz* ___
Ben Brysacz, WSBA #54683
Claire McNamara, WSBA #50097
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Tel: (206) 464-7744
E-mail: ben.brysacz@atg.wa.gov
E-mail: claire.mcnamara@atg.wa.gov

***Attorneys for Proposed Plaintiff-Intervenor***
***the State of Washington***